**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>*Defendant*. | Civil Action No. 17-2199 (CKK) |

**DEFENDANT'S MOTION FOR A STAY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, by and through the undersigned counsel, respectfully moves for a stay of this Freedom of Information Act ("FOIA") litigation. The grounds for this Motion are set forth below and a proposed order is attached.

1. At the end of January 19, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department therefore requests a stay of all deadlines in this litigation until Congress has restored appropriations to the Department.

4. If this Motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that

point, all current deadlines for the parties and the processing schedule for Plaintiff's FOIA request be extended commensurate with the duration of the lapse in appropriations.

5.   The Parties have conferred and Plaintiff consents to the relief requested in this Motion.

For the foregoing reasons, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this litigation matter until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

January 22, 2018

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov